nied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

DECEMBER 7, 1998

No. 98–562. CITY OF GRENADA, MISSISSIPPI, ET AL. v. HUBBARD ET AL. Affirmed on appeal from D. C. N. D. Miss.

No. A–344. WISE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1960. IN RE DISBARMENT OF MEISLER. Motion to vacate order of October 5, 1998 [ante, p. 802], denied.

No. D–1989. IN RE DISBARMENT OF WOLFROM. Disbarment entered. [For earlier order herein, see ante, p. 803.]

No. D–1990. IN RE DISBARMENT OF TAYLOR. Disbarment entered. [For earlier order herein, see ante, p. 803.]

No. D–1992. IN RE DISBARMENT OF CHRISTY. Disbarment entered. [For earlier order herein, see ante, p. 804.]

No. D–1993. IN RE DISBARMENT OF RICHARDSON. Disbarment entered. [For earlier order herein, see ante, p. 804.]

No. D–1994. IN RE DISBARMENT OF KRASNOVE. Disbarment entered. [For earlier order herein, see ante, p. 804.]

No. D–1995. IN RE DISBARMENT OF STEVENSON. Disbarment entered. [For earlier order herein, see ante, p. 804.]

No. D–2015. IN RE DISBARMENT OF HINGLE. Gilmer P. Hingle, of Monroe, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2016. IN RE DISBARMENT OF SMITH. Z. Hershel Smith, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,